IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BOYD, | : |
|     Plaintiff, | : |
| v. | : Civ. No. 07-379-JJF |
| UNITED STATES GOLF ASSOCIATION, | : |
|     Defendant. | : |

### ORDER

At Wilmington, this 30 day of July, 2007;

IT IS ORDERED:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff shall complete and return to the Clerk of the Court an **original** "U.S. Marshal-285" form for **Defendant. Plaintiff must also provide the Court with one copy the Complaint (D.I. 2) for service upon Defendant. Plaintiff is notified that the United States Marshal will not serve the Complaint until the "U.S. Marshal 285" form and a copy of the Complaint have been received by the Clerk of the Court. Failure to provide a "U.S. Marshal 285" form and a copy of the Complaint for Defendant within 120 days of the date of this Order may result in the Complaint being dismissed or Defendant being dismissed pursuant to Fed. R. Civ. P. 4(m).**

2. Upon receipt of the completed "U.S. Marshal 285" form and a copy of the Complaint, the United States Marshal shall

serve a copy of the Complaint and this Order upon the Defendant as directed by Plaintiff. All costs of service shall be advanced by the United States.

No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

*[signature]*
UNITED STATES DISTRICT JUDGE