IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BOYD,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES GOLF ASSOCIATION, a<br>Delaware corporation,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 07-379-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR FAILURE TO STATE A CLAIM**

Defendant United States Golf Association (the "USGA") hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss plaintiff William Boyd's complaint for failure to state a claim upon which relief may be granted.

The Court is respectfully referred to the accompanying brief for the reasons advanced in support of this motion.

                              BOUCHARD MARGULES & FRIEDLANDER, P.A.

                              /s/ Dominick Gattuso
                              Andre G. Bouchard (#2504)
                              Dominick T. Gattuso (#3630)
                              222 Delaware Avenue, Suite 1400
                              Wilmington, DE 19801
                              (302) 573-3500
                              *Attorneys for Defendant United States Golf Association*

OF COUNSEL:

Lee N. Abrams, Esquire
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7083


DATED: October 29, 2007

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on October 29, 2007, I caused to be electronically filed a true and correct copy of **Defendant's Motion to Dismiss for Failure to State a Claim** with the Clerk of Court by CM/ECF.

I further certify that I served a true and correct copy of the foregoing document on the plaintiff William Boyd in the manner indicated below:

### By Priority Mail

William Boyd
602 Tamara Circle
Newark, DE 19711

/s/ Dominick T. Gattuso
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504)
Dominick T. Gattuso (#3630)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
dgattuso@bmf-law.com

{BMF-W0072559.}