IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM BOYD, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-379-JJF |
| UNITED STATES GOLF ASSOCIATION, a Delaware corporation, | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF LEE ABRAMS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant United States Golf Association: Lee Abrams, Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Dominick Gattuso
Andre G. Bouchard (No. 2504)
Dominick T. Gattuso (No. 3630)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
dgattuso@bmf-law.com

*Attorneys for Defendant United States Golf Association*

OF COUNSEL:

Lee N. Abrams, Esquire
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7083

DATED: November 1, 2007

{BMF-W0072908.}

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED this _____ day of _____, 2007, that counsel's motion for admission *pro hac vice* is granted.

                                            _____
                                                United States District Judge

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on November 1, 2007, I caused to be electronically filed a true and correct copy of **Defendant's Motion and Order for Admission Pro Hac Vice of Lee Abrams** with the Clerk of Court by CM/ECF.

I further certify that I served a true and correct copy of the foregoing document on the plaintiff William Boyd in the manner indicated below:

### By First Class Mail Return Receipt Requested

William Boyd
602 Tamara Circle
Newark, DE 19711

/s/ Dominick T. Gattuso
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504)
Dominick T. Gattuso (#3630)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
dgattuso@bmf-law.com

{BMF-W0072558.}

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to local rule 83.5, I, Lee N. Abrams, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Illinois, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: November 1, 2007

*Lee N. Abrams*

Lee N. Abrams
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7083

{BMF-W0072909.}