IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BOYD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES GOLF ASSOCIATION, a<br>Delaware corporation,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-379-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to D. Del. LR 7.1.4, briefing on defendant United States Golf Association's (the "USGA" or "Defendant") Motion to Dismiss for Failure to State a Claim (the "Motion") is complete.

On October 29, 2007, the USGA filed and served the Motion and its opening brief in support thereof. (D.I. 7, 8)

On November 16, 2007, plaintiff William Boyd filed and served his answering brief in opposition to Defendant's Motion. (D.I. 10)

On November 30, 2007, the USGA filed and served its reply brief in support of the Motion. (D.I. 11)

All briefing related to the Motion has been completed. Pursuant to D. Del. LR. 7.1.4., the USGA respectfully requests that oral argument be held on the Motion at the convenience of the Court.

|  |  |
|---|---|
| | /s/ Dominick T. Gattuso |
| | Andre G. Bouchard (#2504) |
| | Dominick T. Gattuso (#3630) |
| | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| | 222 Delaware Avenue, Suite 1400 |
| OF COUNSEL: | Wilmington, DE 19801 |
| | (302) 573-3500 |
| Lee N. Abrams, Esquire | *Attorneys for Defendant United States Golf Association* |
| MAYER BROWN LLP | |
| 71 South Wacker Drive | |
| Chicago, Illinois 60606 | |
| (312) 701-7083 | |

Dated: November 29, 2007

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on November 29, 2007, I caused to be electronically filed a true and correct copy of the **Notice of Completion** with the Clerk of Court by CM/ECF.

I further certify that I served a true and correct copy of the foregoing document on the plaintiff William Boyd in the manner indicated below:

### By First Class Mail Return Receipt Requested

William Boyd
602 Tamara Circle
Newark, DE 19711

/s/ Dominick T. Gattuso
Andre G. Bouchard (#2504)
Dominick T. Gattuso (#3630)
BOUCHARD MARGULES & FRIEDLANDER, P.A
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
dgattuso@bmf-law.com