**BOUCHARD MARGULES & FRIEDLANDER**
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD

DIRECT DIAL
(302) 573-3510
ABOUCHARD@BMF-LAW.COM

December 7, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE 19801

     Re:    Boyd v. United States Golf Association, C.A. No. 07-379-JJF

Dear Judge Farnan:

     We represent the United States Golf Association ("USGA") in the above-referenced action, in which plaintiff William Boyd asserts an antitrust claim against the USGA arising out of its disapproval of a golf club design submitted by Mr. Boyd.

     On October 29, 2007, the USGA filed a motion to dismiss this action along with a supporting brief. On November 16, 2007, Mr. Boyd filed an answering brief, which contains additional allegations not included in his complaint. On November 29, 2007, the USGA filed its reply brief and a Notice of Completion of Briefing, requesting oral argument on its motion to dismiss pursuant to Local Rule 7.1.4.

     On December 5, 2007, Mr. Boyd filed a sur-reply brief, which raises additional allegations not contained either in his complaint or in his answering brief.

     Local Rule 7.1.2. prohibits the filing of "additional briefs, affidavits, or other papers in support of or in opposition" to a motion other than opening, answering and reply briefs except to bring to the Court's attention "pertinent cases decided after a party's final brief is filed or after oral argument." Mr. Boyd's sur-reply brief does not discuss any subsequent cases and constitutes a clear violation of Local Rule 7.1.2.

     While we recognize that Mr. Boyd is appearing in this action *pro se*, as he has done in nine other actions he has filed in this Court within the past six months, we respectfully submit that his sur-reply brief should be disregarded. Mr. Boyd has been afforded ample opportunity to attempt to assert a claim against the USGA. Fair process dictates that the USGA as well as the Court not be subjected to a constantly moving target of allegations.

{BMF-W0076195.}

The Honorable Joseph J. Farnan, Jr.
December 7, 2007
Page 2

    If Your Honor has any questions concerning the substance of the new allegations in Mr. Boyd's sur-reply brief, which the USGA submits are baseless, we would be pleased to address them at oral argument should it be scheduled.

Respectfully submitted,

*/s/ Andre G. Bouchard*

Andre G. Bouchard

cc:    Clerk of the Court (e-file)
       Mr. William Boyd (U.S. Mail)

{BMF-W0075318.3}