**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM BOYD, | : |
| | : |
|       Plaintiff, | : |
| | : |
|     v. | : |
| | : C.A. No. 07-379-JJF |
| UNITED STATES GOLF ASSOCIATION, a Delaware corporation, | : |
| | : |
| | : |
|       Defendant. | : |
| | : |
| | : |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Dominick T. Gattuso, Esquire (Delaware Bar ID No. 3630) on behalf of defendant, United States Golf Association, is hereby withdrawn. The admission *pro hac vice* for the defendant is unchanged.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Andre G. Bouchard
Andre G. Bouchard (#2504)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
abouchard@bmf-law.com
*Attorney for Defendant United States Golf Association*

OF COUNSEL:

Lee N. Abrams, Esquire
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7083
DATED: January 7, 2008

{BMF-W0078830.}

## **CERTIFICATE OF SERVICE**

I, Andre G. Bouchard, hereby certify that on January 7, 2008, I caused to be electronically filed a true and correct copy of the **Notice of Withdrawal of Counsel** with the Clerk of Court by CM/ECF.

I further certify that I served a true and correct copy of the foregoing document on the plaintiff William Boyd in the manner indicated below:

**By First Class Mail Return Receipt Requested**

>William Boyd
>602 Tamara Circle
>Newark, DE 19711

>/s/ Andre G. Bouchard
>Andre G. Bouchard (#2504)
>BOUCHARD MARGULES & FRIEDLANDER, P.A
>222 Delaware Ave, Suite 1400
>Wilmington, DE  19801
>Telephone: (302) 573-3500
>abouchard@bmf-law.com