IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BOYD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. Action No. 07-379-JJF |
| | : |
| UNITED STATES GOLF ASSOCIATION, | : |
| | : |
| Defendant. | : |

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion To Dismiss (D.I. 7) is **GRANTED**.

2. Plaintiff is given **LEAVE** to file an Amended Complaint and to retain counsel.

3. The Amended Complaint shall be filed within **thirty (30) days** from the date of this Order. If an Amended Complaint is not filed within the time allowed, it will be deemed Plaintiff stands on his Complaint and an Order will be entered closing the case.

_May 28, 2008_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE