**ORIGINAL**

| | |
|---|---|
| William Boyd | > |
| | > |
| | > |
| | > |
| | >   Civ. No. 07-379 JJF |
| | > |
| | > |
| | > |
| United States Golf Association | > |
| | > |
| | > |
| | > |
| | > |

### MOTION REQUEST OF COUNCIL (28 USC 1915(E)(1)) AND REQUEST FOR ADDITIONAL TIME

Date: 06/13/08

Plaintiff
William Boyd
602 Tamara Circle
Newark, DE 19711
(302) 368-9049

Defendant
USGA
Golf House
77 Liberty Corner Rd
Far Hills, NJ, 07931-0708



1

## MOTION REQUEST OF COUNCIL (28 USC 1915(E)(1)) AND REQUEST FOR ADDITIONAL TIME

I am requesting/asking/praying for the courts to appoint me council (28 USC 1915). I have exhausted all reasonable means to find council. However, I financially can not afford council.

I have recently discovered that I have this option for the courts to appoint council (a lawyer) for civil plaintiff's cases (28 USC 1915(e)(1))). Before, I was lead to believe that I could only receive financial help in the fees of filing my original complaint and the serving the paper work to the defendants. I had no knowledge that the courts could assign council to civil plaintiff cases. This is a new discovery for me being pro se.

I have already filled out the courts form to receive assistance in covering the filing charges. Please let me know if you need additional information from me. Since I qualified for 28 USC 1915 in this section; I would have to pray that I would qualify for the courts qualifications of being appointed a lawyer. I am financially not capable to afford a lawyer and this case would be in dire jeopardy without a lawyer.

I would also request additional time to let my new council/lawyer amend my complaints. A new lawyer also would need time to get familiar with the case and properly present my complaint.

I would like to thank the courts for their time. Again, I am requesting the courts to assign council/a lawyer to my case. I can not financially afford a lawyer and my cases need council/a lawyer. Since I qualified for the filing assistance; I would pray that I would qualify for the council/lawyer assistance.
I would also ask the courts for additional time to file my amendment and for the new lawyer to get familiar with the case.

Again, thank you.
Sincerely,

*[signature: William Boyd]*

William Boyd
Date: 06/13/08


CC:
Andre G. Bouchard
Bouchard Margules & Friedlander, P.A.
Andre G. Bouchard (#2504)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500

William Boyd
    No Assets
    Checking Account: $0.00
    Savings Account: $0.00
    Income: Presently no job/no work
    Dependants: Son Full Time
    Child Support: Mother does not pay child support
    Allstaff and B and R have no assets/money and have no banking accounts

## CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on June 13, 2008, I delivered and served a true and correct copy of Petitioner's MOTION REQUEST OF COUNCIL (28 USC 1915(E)(1)) AND REQUEST FOR ADDITIONAL TIME to the Clerk of Court of the USDC of Delaware.

I further certify that I delivered and served a true and correct copy of the foregoing document on the Defendant USGA's Delaware council Andre G. Bouchard in the manner of certified mail.

Thank you,

*[signature: William Boyd]*

William Boyd
602 Tamara Circle
Newark, DE 19711

Defendant's Council info:
Andre G. Bouchard
Bouchard Margules & Friedlander, P.A.
Andre G. Bouchard (#2504)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500