# ORIGINAL

CLERK, U.S. DISTRICT COU
DISTRICT OF DELAW

FILED

2008 JUL -3 PM 2:36

SS

William Boyd                        >
                                    >
                                    >
                                    >
                                    >        Civ. No. 07-379 JJF
                                    >
                                    >
                                    >
United States Golf Association      >
                                    >
                                    >
                                    >
                                    >

### MOTION For Adding Defendants to This Case

Date: 07/03/08

Plaintiff
William Boyd
602 Tamara Circle
Newark, DE 19711
(302) 368-9049

Defendant
USGA
Golf House
77 Liberty Corner Rd
Far Hills, NJ, 07931-0708

## **Motion for Adding Defendants and Plaintiff to This Case**

I have recently found out strong information that brings in at least two other major people/corporations into these violations of the Sherman Act 1 and 2.

I would like to add in Arnold Palmer and Arnold Palmer Enterprise:

Address Information:
Arnold Palmer Enterprises
(Company)
9000 Bay Hill Blvd.
Orlando, FL 32819-4899
USA
Phone: (407) 876-5362
Fax: (407) 876-0673

Arnold Palmer and Arnold Palmer Enterprise have made threats to the USGA that influenced their illegal monopoly and their illegal monopoly was to be run. And the USGA did take their threats and did what Arnold Palmer and Arnold Palmer Enterprise told them to do. Arnold Palmer and Arnold Palmer Enterprises threatened the USGA about the grooves and the USGA followed their orders and made major changes in how they ran their illegal monopoly.

I would also like to add Karsten Manufacturing to be a defendant on this case;

**Address:**
2201 West Desert Cove
Phoenix, Arizona 85029-4912
U.S.A.

**Telephone:** (602) 687-5000
**Toll Free:** 800-474-6434
**Fax:** (602) 687-4482
http://www.pinggolf.com

Karsten Manufacturing (Ping) has a status and position in this illegal monopoly that they so not have to follow standard format of getting their equipment approved. Karsten Manufacturing can just put their product on the market and not go through the approval process that manufacturers that are not part of the illegal monopoly have to go through. Even though the USGA made changes on whom they accepted into their illegal monopoly and their grooves this did not apply to Karsten Manufacturing (Ping).

Arnold Palmer and Arnold Palmer Enterprise and Karsten Manufacturing (Ping) are two major conspirators in this monopoly.

2

I would also like the courts to recognize and accept Marquis Golf as one of the Defendants.

> Marquis Golf
> 602 Tamara Circle
> Newark, DE 19711

I requested this before but I do want to restate and request it again.


I would like the courts to reconsider my complaint due to the fact that the first complaint did have 15 USC mentioned and I did my best at the time describe the USGA's action. The complaint sheet does have very misleading and considerably casual format. The complaint sheet is actually a sheet for race discrimination. The complaint sheet also has only 6 lines to fill in a description of what happened. (If they only gave 6 lines I would have to assume that it should be able to be said in 6 lines for mostly all the complaints). At the time I did my best to fill out. I did believe I did it correctly. Please take I look over it again, realize and reconsider (motion for reconsideration) that I did express it the USGA violated me, Marquis Golf and other manufacturers like Marquis Golf by their (the USGA) illegal monopoly (Sherman Act 1 and 2). I would ask (motion) the courts could accept my addition to the Defendants (Arnold Palmer and Arnold Palmer Enterprise and Karsten Manufacturer) and the plaintiff (Marquis Golf). I would also ask (motion and motion for reconsiderations) the courts could re-evaluate all my submittals, motions and response to motions and accept them as legitimate motions and complaints. Please reconsider (motion for reconsideration) my initial complaint with more pro se leniency. Finally, I also like to re-ask (re-motion) the courts for council. I do have a strong case but it is obviously needed for me and Marquis Golf. I do appreciate your time and consideration


Again, thank you.
Sincerely,

William Boyd
Date: 07/03/08


CC:
Andre G. Bouchard
Bouchard Margules & Friedlander, P.A.
Andre G. Bouchard (#2504)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500

## CERTIFICATE OF SERVICE

I, William Boyd, hereby certify that on July 3, 2008, I delivered and served a true and correct copy of Petitioner's MOTION for request to add Defendants to the Clerk of Court of the USDC of Delaware.

I further certify that I delivered and served a true and correct copy of the foregoing document on the Defendant USGA's Delaware council Andre G. Bouchard in the manner of certified mail.


Thank you,

William Boyd
602 Tamara Circle
Newark, DE 19711


Defendant's Council info:
Andre G. Bouchard
Bouchard Margules & Friedlander, P.A.
Andre G. Bouchard (#2504)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500