**BOUCHARD MARGULES & FRIEDLANDER**
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD

DIRECT DIAL
(302) 573-3510
ABOUCHARD@BMF-LAW.COM

July 9, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: Boyd v. United States Golf Association, C.A. No. 07-379-JJF

Dear Judge Farnan:

We represent the United States Golf Association ("USGA").

On May 28, 2008, the Court entered an Order granting the USGA's motion to dismiss this action and affording plaintiff leave to file an Amended Complaint within 30 days from the date of the Order. The May 28, 2008 Order specifically stated: "If an Amended Complaint is not filed within the time allowed, it will be deemed Plaintiff stands on his Complaint and an Order will be entered closing the case." (D.I. 17).

Well more than 30 days have passed since the May 28, 2008 Order was entered and Mr. Boyd has never filed an Amended Complaint.

After the expiration of the 30-day deadline, Mr. Boyd filed a document entitled "Motion for Adding Defendants to this Case." (D.I. 19). This represents yet another occasion in this action (as appears to be the case in many of the numerous other actions Mr. Boyd has filed in this Court) that Mr. Boyd has made filings in disregard of the Court's procedures and orders, thereby taxing the resources of the Court and causing parties such as the USGA to incur unnecessary expense. (*See* D.I. 14).

In accordance with the Court's May 28, 2008 Order, we respectfully request that an Order be entered closing this case.

Respectfully submitted,

Andre G. Bouchard (#2504)

cc: Clerk of the Court (e-file)
 Mr. William Boyd (U.S. Mail)

{BMF-W0100436.}